AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT **2 5** 2022

TAMMY H. DOWNS, CLERK

By: _____ DEP CLERK

## UNITED STATES DISTRICT COURT
for the

Jeffery Todd Henson )
**Plaintiff/Petitioner** )
) Civil Action No.   2:22-cv-00195-LPR-JTK
v. )
Dr. Tomar + Dr. Jackson, ETAL. )
**Defendant/Respondent** )

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at:  Forrest City FCI - Low                                .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

N/A

My gross pay or wages are:  $ __54.00/USD__ , and my take-home pay or wages are:  $ __27.00/USD__ per
*(specify pay period)*  __Month__ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☑ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

\* I have received $ 1,517.⁸⁵ from friends + family + work pay. We have recently went to part time, and the gifts are sporatic, and not guaranteed. Copy of paycheck is included.

Exhibit M : Trust Fund Ledger (2 pages)
Exhibit N : 10/08/22 Paycheck (1 page)

(BACK →)

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____.62¢_____.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

No

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

I have approximately $ 300,000 of debt owed.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

① HH (Daughter) $0 Age 19
② JH (Son) $0 Age 7
③ MH (Daughter $0 Age 10
④ AH (Daughter $0 Age 4

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

I owe restitution in the amount of approx $3 Million on Central Case of Illinois Case # 20-cr-20049.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _10/05/2022_

_____
Applicant's signature

Jeffery T. Henson
_____
Printed name

## Inmate Inquiry

Exhibit M # 1 of # 2



| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 23187026 | **Current Institution:** | Forrest City - FCC |
| **Inmate Name:** | HENSON, JEFFERY | **Housing Unit:** | FOR-W-C |
| **Report Date:** | 10/04/2022 | **Living Quarters:** | W10-115L |
| **Report Time:** | 3:03:48 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8371 |
| PAC #: | 342056189 |
| Revalidation Date: | 22nd |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 2/28/2022 |
| Local Account Activation Date: | 3/1/2022 3:12:40 AM |
| Sort Codes: | |
| Last Account Update: | 10/3/2022 7:57:10 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $5,000.00 |
| Pre-Release Deduction %: | 3% |
| Income Categories to Deduct From: | ☑ Payroll   ☐ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Unicor % | $0.00 | 50% |

*I owe Approximately $3 Million Dollars restitution.*

## Account Balances

| | |
|---|---|
| Account Balance: | $0.67 |
| Pre-Release Balance: | $0.62 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.05 |
| National 6 Months Deposits: | $1,459.92 |

Exhibit M # 2 of # 2

|  |  |
|---|---|
| National 6 Months Withdrawals: | $1,517.85 |
| Available Funds to be considered for IFRP Payments: | $889.27 |
| National 6 Months Avg Daily Balance: | $24.03 |
| Local Max. Balance - Prev. 30 Days: | $67.48 |
| Average Balance - Prev. 30 Days: | $4.39 |

## Commissary History

### Purchases

|  |  |
|---|---|
| Validation Period Purchases: | $49.95 |
| YTD Purchases: | $49.95 |
| Last Sales Date: | 10/3/2022 7:57:10 AM |

### SPO Information

|  |  |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

|  |  |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $360.00 |
| Expended Spending Limit: | $49.95 |
| Remaining Spending Limit: | $310.05 |

## Commissary Restrictions

### Spending Limit Restrictions

|  |  |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

**Comments:**

Case 2:22-cv-00195-LPR    Document 1    Filed 10/25/22    Page 5 of 5

```
UNICOR INMATE EARNING STATEMENT      Pay Period: 09/30/2022 Pay Date: 10/08/2022
                                     INST:  25      FACTORY:    FOX1
REG/NAME: 23187026                   GRADE: GRADE3  GROUP:
          JEFFERY HENSON             CREW:      FOX MILL 1
```

|        | GROSS | - | TAXES | - | POST TAX DEDUCTIONS | = | NET PAY |
|--------|-------|---|-------|---|---------------------|---|---------|
| Curr:  | 59.03 | - |       | - |                     | = | 59.03   |
| YTD:   |       | - |       | - |                     | = | 276.76  |

| EARNINGS   | RATE | HOURS | AMOUNT |
|------------|------|-------|--------|
| 8010  HOL  | 0.69 | 7.25  | 5.00   |
| 8510  REG  | 0.69 | 78.30 | 54.03  |

```
DATE COMPUTED
HIRE DATE        05/01/2022
VACATION DATE    05/01/2022
LONGEVITY MONTHS        5.00
UNICOR WORK START 05/01/2022
ACCRUED VAC HOURS     18.10
PREV. YRS VAC HOURS
UNPAID CALLOUT        0.00

STATUS 94
```

DEDUCTIONS/ADJUSTMENT

Exhibit N
#1 of 1