( Rev. 01/21) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 2 5 2022

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

|  |  |
|---|---|
| Jeffery T. Henson <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br><br> -v- <br> Collette Peters <br> John P. Yates <br> Dr. Tomar <br> DDS, Jackson <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **Case No.**    2:22-cv-00195-LPR-JTK <br><br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $52) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

---

This case assigned to District Judge <u>Rudofsky</u>
and to Magistrate Judge <u>Kearney</u>

( Rev. 01/21) Complaint for Violation of Civil Rights

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jeffery T. Henson |
| All other names by which you have been known: | Jeff Henson |
| ID Number | 33187-026 |
| Current Institution | Forrest City (Low) |
| Address | Po Box 9000 |
| | Forrest City        AR        72336-9000 |
| | *City*        *State*        *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Dr. Tomar |
| Job or Title *(if known)* | Clinical Director |
| Shield Number | N/A |
| Employer | Federal Bureau of Prisons -Forrest City (Low) |
| Address | 1400 Dale Bumpers Rd |
| | Forrest City        AR        72335 |
| | *City*        *State*        *Zip Code* |

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | John P. Yates |
| Job or Title *(if known)* | Warden |
| Shield Number | N/A |
| Employer | Federal Bureau of Prisons -Forrest City (Low) |
| Address | 1400 Dale Bumpers Rd |
| | Forrest City        AR        72335 |
| | *City*        *State*        *Zip Code* |

☒ Individual capacity   ☒ Official capacity

( Rev. 01/21) Complaint for Violation of Civil Rights

Defendant No. 3

    Name                     DDS. Jackson

    Job or Title *(if known)*    Dentist

    Shield Number         N/A

    Employer             Federal Bureau of Prisons - Forrest City (Low)

    Address              1400 Dale Bumpers Rd.

                       Forrest City       AR      72335

                       *City*         *State*      *Zip Code*

    ☒ Individual capacity    ☒ Official capacity

Defendant No. 4

    Name                     Collette Peters

    Job or Title *(if known)*    Director

    Shield Number         N/A

    Employer              Federal Burea of Prisons

    Address              320 First Street NW

                       Washington      D.C.    20534

                       *City*         *State*      *Zip Code*

    ☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    8th Amendment ( Medical indifference / Deliberate indifference / Dental indifference ) Prohibits cruel and unusual punishment.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Deprivation, human rights violations, extreme, and seemingly deliberate neglect. Refusal of medical Services, medical + Deliberate indifference. 8th Amendment prohibits Cruel and unusual punishment.

( Rev. 01/21) Complaint for Violation of Civil Rights

_Negligence, Causation, malpractice, deprivation of care, minimal civilized measure of lifes necessities._

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed ① Collette Peters: negligence, causation, ineffective leadership, Violation of 8th Amendment, Cruel + unusual punishment. ② John P. Yates: Same as #1. ③ Dr. Tomar + Dr. Jackon: medical indifference, negligence, Denial of medical treatment, malpractice, Unprofessionalism, Causation.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner    ILLINOIS Cook County, Case # 16CR100710l

☒ Convicted and sentenced federal prisoner    Central Distric of Illinois, Case # 20-cr-20049

☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

These events giving rise to my claim, arose at Forrest City FCI-Low, in Forrest City, Arkansas. These events took place from 3/22/2022 (my arrival), through Present.

( Rev. 01/21) Complaint for Violation of Civil Rights

C.    What date and approximate time did the events giving rise to your claim(s) occur?

+ 3/24/2022 Requested Dental Repairs, 4/14/2022 Added to waillist.
+ 5/3/2022 PA submitted me for a sleep study (pulmonolgy Consultation, was examined for Stomach hernia. PA told me FBOP would not address unless organs were being strangled.
+ 5/14/2022 pulmonolgy Consultation denied, 8/01/2022 resubmitted for pulmonology Consultation.
+9/14/2022 Pulmonolgy Consultation denied again. 9/19/2022 Dr. Tomar schedules to see me on 10/04/202
+ 10/04/2022 Dr. Tomar does not see me, 10/05/2022 reschedules for 10/24/22 and spoke to me unprofessio

D.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) I am being denied medical treatment. Dental is too busy doing intake exams, and cleanings, that the lone Dentist (DDS Jackson) is unable to provide routine repairs. I have 3 teeth that are crumbling away, and causing pain. My P.A. at Health Services refused to submit me for a stomach hernia repair, Stated they only repair if organs are being strangled. I have sleep apnea, Health Services submits me for a sleep study, then denies the sleep study. Dr. Tomar (Clinical Director) is unprofessional and disrespectable, he will say he is resubmitting me for a pulmonolgy Consultation, then deny it, and we have been going around in a circle. Inmate, or not, I am guaranteed medical treatment.

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My teeth have been deteoriating since my arrival here. There is one Dentist for (approx) 1700 inmates here, Most inmates have mouths full of missing, or nub sized teeth. Dr. Jackson lets routine fillings magnify, to the extent of only being able to offer teeth pulling.

I did not sustain the hernia, or sleep apnea at Forrest City FCI-Low.

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

① Order Forrest City FCI-Low to have my hernia repaired.
② Order Dr. Jackson, or FBOP to have my problem teeth repaired, not pulled.
③ Order Dr. Tomar, or FBOP to Perform a sleep study, or provide a CPAP machine, with neccessary accessories.
④ Award Punitive Damages to me, at a daily rate, from arrival date to date remedy is performed.
⑤ Reprimand Defendants on their inaction, poor managment, negligence, and total indifference.
⑥ Force the Defendants to develop a plan to avoid the above from happening to me again, and other inmates at the Forrest City Compound.
⑦ Whatever else This Honorable Court deems just and fair.

Page 5 of 11

Rev. 01/21) Complaint for Violation of Civil Rights

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Forrest City FCI-Low (FBOP) 1400 Dale Bumpers Rd, in Forrest City, Arkansas 72335

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? All

( Rev. 01/21) Complaint for Violation of Civil Rights

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes      N/A

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Counselor, Warden, The Regional Director, General Counsel

2.    What did you claim in your grievance? Medical indifference, Denial of medical Care, unprofessionalism, negligence, wreckless disregard, Subpoor treatment, Cruel, and unusual Treatment.

3.    What was the result, if any? No response, false promises, Re-scheduled Appointments, Unprofessional replies, late replies. I have three teeth that need Simple fillings, that are desinigrating, my stomach feels like it's Unsupported, and I Cannot sleep, as I wake up gasping for air.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
I went to the next levels, you Cannot go beyond, until you receive a response. Exhaustion Can be excused if the Petitioner shows that Pursuit of exhaustion of administrative remedies would be futile. (Elwood v. Jeter 386F 3d 842 8th Circuit 2004). My Complaints are life threatening, People die everyday not receiving enough oxygen in their sleep. The administrative Remedy Process here is Corrupt, mismanaged, screened, late, and faulty. Page 7 of 11
I Can Show that pursuit of exhaustion would be futile.

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_____ Filed _____

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I filed grievances, I sent electronic and written request forms, I had my family send in medical records.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I am attaching exhibits to this complaint, and will continue to add to them, as this lawsuit (Bivens claim), goes through merit review. Special attention should be given to late response dates, unprofessional responses, and no responses at all. These are medical issues.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____ N/A _____

(Rev. 01/21) Complaint for Violation of Civil Rights)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

N/A

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

NO

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)   _____

Defendant(s)   _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

N/A

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition   _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/05/2022

Signature of Plaintiff: _Jeff T. Henson_

Printed Name of Plaintiff: Jeffery Todd Henson

Prison Identification #: # 23187-026

Prison Address: Forrest City FCI-Low Po Box 9000

Forrest City      AR      72336-9000
*City*      *State*      *Zip Code*

* Please send all mail certified. Thankyou!

### B. For Attorneys

Date of signing: _____

Signature of Attorney: 

Printed Name of Attorney: 

Bar Number: 

Name of Law Firm: 

Address: 

       *City*      *State*      *Zip Code*

Telephone Number: 

E-mail Address:

BP-S148.055 INMATE REQUEST TO STAFF CDFRM    *Grievance Exhibit*
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Dentist | DATE: 3/24/2022 |
|---|---|
| FROM: Jeffery T. Henson | REGISTER NO.: 23187-026 |
| WORK ASSIGNMENT: None Yet | UNIT: MB145U |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.  Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

I am requesting dental work. I had my teeth cleaned on 3/14/22 at The Kankakee County Jail in Kankakee, Illinois. The Dentist took a full set of xRays, and told me I needed several fillings & chips repaired. He also told me that I had a few cavities that needed to be worked on. I have been in constant custody for the past 28 months, it took me that long to get into the Dental office, just for a cleaning. Please set-up a appointment for me, or place me on the waiting list to be worked on. Thankfully - I am in No pain currently. Appreciate Your assistance.

Jeff T. H

(Do not write below this line)

DISPOSITION:

**YOU HAVE BEEN ADDED
TO THE TREATMENT LIST**

Signature Staff Member    E. SCOTT, RDA
                          FCC FORREST CITY

Date  4/14/22

Record Copy - File; Copy - Inmate     This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)   and BP-S148.070 APR 94

*Grievance Exhibit*

Attachment A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.18, **Administrative** Remedy Program, January 6, 2014, requires, in most cases, that Inmates attempt informal resolution of grievances prior to filing a Formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate's Name: Henson                                    Date: 10/06/2022

Register Number: 23187-026         Unit: WC

Specific Complaint (include date) and Requested Relief: Two days after arriving here, I submitted a request (attached), to the Dentist for teeth repairs on 3/24/2022. I received a response of, "You have been added to the treatment list", by RDA E. Scott. Seven months later, still waiting. My Teeth are sensitive, and are deteriorating, when they need simple repairs.

Efforts Made By Inmate to Informally Resolve Grievance (be specific): Request form by BP-S148.070, and several electronic unanswered cop-outs to Health Services (Dental).

_____

_____

_____

Counselor's Comments:_____

_____

_____

_____

_____         _____
Correctional Counselor's Review Date      Unit Manager's Review Date

TRULINCS  23187026 - HENSON, JEFFERY T - Unit: FOR-W-C        Grievance Exhibit

-------------------------------------------------------------------------------------

FROM: Low Health Services
TO: 23187026
SUBJECT: RE:***Inmate to Staff Message***
DATE: 10/05/2022 08:02:02 AM

Please refer to my previous email. This may come as a shock, but we have far sicker patients than you; I moved you to late October.
-Dr. Tomar
_____

From: ~^! HENSON, ~^!JEFFERY T <23187026@inmatemessage.com>
Sent: Tuesday, October 4, 2022 2:10 PM
To: FOR-InmateToHealthSvcs (BOP) >
Subject: ***Request to Staff*** HENSON, JEFFERY, Reg# 23187026, FOR-W-C

To: Clinical Director Tomar
Inmate Work Assignment: Unicor

Dr. Tomar,
    I was very disappointed to not have a callout to see you today, as you indicated, on your 9/19/2022 (Electronic cop-out) response.  This is the current timeline for Health Services' continued refusal of treatment:

3/22/2022-My Arrival here at Forrest City (Low)
5/03/2022-P.A. Stiles submitted a request for a Pulmonogly Consultation (Sleep Study)
5/14/2022-Health Services denied my Consultation.
8/01/2022-P.A. Stiles re-submits a request for a Pulmonogly (Sleep Study
8/05/2022-My Family sends in my sleep study diagnosis to medical records, here at Forrest City (Low)
9/14/2022-Health Services again denies the submitted Consultation.
9/15/2022-Dr. Tomar replies by electronic cop-out, says, "Once Medical Records has the sleep study diagnosis, we could simply supply you the pap machine, and supplies
9/19/2022-Dr. Tomar, says he will see me on 10/04/2022 to find my medical records
10/04/2022-Dr. Tomar sends me an electronic cop-out saying I've been re-scheduled to 10/25/2022.

Why is health services refusing me medical treatment?

Thank you for your time!

Sincerely & Respectfully,

Henson, Jeffery T. #23187-026
-----Low Health Services on 10/4/2022 10:02 AM wrote:

>
Visit will be in late October to discuss sleep apnea.
-Dr. Tomar


_____

From: ~^! HENSON, ~^!JEFFERY T <23187026@inmatemessage.com>
Sent: Tuesday, September 20, 2022 2:23 PM
To: FOR-InmateToHealthSvcs (BOP) >
Subject: ***Request to Staff*** HENSON, JEFFERY, Reg# 23187026, FOR-W-C

To: Clinical Director Tomar
Inmate Work Assignment: Unicor

Dr. Tomar,

    Thanks for your quick reply, and I look forward to meeting you (in-person) on Tuesday-October 4th, 2022.  I appreciate your help trying to resolve this issue.

TRULINCS 23187026 - HENSON, JEFFERY T - Unit: FOR-W-C

*Grievance Exhibit*

--------------------------------------------------------------------------------

Sincerely & Respectfully,

Henson, Jeffery T. #23187-026
-----Low Health Services on 9/19/2022 2:07 PM wrote:

>
I added you for follow up this Tuesday 10/4/22 with me to obtain the needed medical records.
-Dr. Tomar

_____

From: ~^! HENSON, ~^!JEFFERY T <23187026@inmatemessage.com>
Sent: Friday, September 16, 2022 6:13 PM
To: FOR-InmateToHealthSvcs (BOP) >
Subject: ***Request to Staff*** HENSON, JEFFERY, Reg# 23187026, FOR-W-C

To: Clinical Director Tomar
Inmate Work Assignment: Unicor

Dear Clinical Director Tomar,
        This correspondence is in regards to your 9/16 electronic response, which was a response from my 9/14 electronic copout. Thank you for getting back to me, I know you are very busy, so I will keep this brief. You stated, "once you have the sleep study diagnosis, you could simply issue the PAP machine". The diagnosis has been in Medical Record's possession since 8/05. I am not trying to annoy health services, or yourself, and I am sorry if my requests have become repetitious in nature. I appreciate everything that Health Services has done for me, since my arrival, and I am hoping we can resolve this issue promptly. I am having a hard time getting quality sleep, for I wake up several times a night, holding my breath. If I need to arrange for paying for the machine, I would gladly do that. At this point, I would really appreciate either being scheduled for a sleep study, or being issued a CPAP machine, as you stated was possible, from the sleep study/diagnosis that medical records already has in their possession. Please keep in mind, that I am NOT attempting to avoid waiting my turn for services, I know many inmates here are waiting on medical care. I arrived here in March (of this year), was submitted for a sleep study on 5/03, denied for a sleep study on 5/14, submitted for a sleep study again on 8/01, denied again on 9/14, and Health Services has been in possession of my sleep study diagnosis, since 8/05. I would really appreciate your assistance in getting this resolved promptly.

    Thank you for everything you have done for me, and everything you do for the inmates at Forrest City (Low).

Sincerely & Respectfully,

Henson, Jeffery T. #23187-026

Grievance Exhibit

# 1133657-F1

Attachment A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.18, **Administrative** Remedy Program, January 6, 2014, requires, in most cases, that Inmates attempt informal resolution of grievances prior to filing a Formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate's Name: Henson, Jeffery T.    Date: 8/05/2022

Register Number: 23187-026    Unit: WC 115 L

Specific Complaint (include date) and Requested Relief: I have Sleep Apnea, it's in my P.S.R, and Medical Records has a copy of my Sleep Study results. I arrived here on 3/22/2022, on 5/3/22 P.A. Stiles submitted a consultation for Pulmonolgy, which was quickly denied. I was told via electronic Cop out (See Records), that the Consultation was being re-submitted on 5/27/2022. Dr. Tomar told me on electronic cop out, that the consultation request had to be re-written for admin purposes on 6/16/22. Ms. Stonecipher told me (in person) on 8/2/22, that P.A. Stiles had not Re-submitted the consultation yet, but she reminded her.

**Efforts Made By Inmate to Informally Resolve Grievance (be specific):** My family has Since Sent in a prior sleep study. I have been here, going on five months, I DO NOT have a CPAP Machine, have not been approved for a consultation to get a sleep study, and Forrest City FCI (Low) Health Services' Department is being Seriously negligent, showing wreckless disregard for my medical needs. One should not have to go this extent to get the medical Services, equipment, or medical intervention they need to maintain their health. This treatment is third World quality, and this is Cruel + unusual Punishment.

**Counselor's Comments:** _____

_____

_____

_____

_____

_____    _____
**Correctional Counselor's Review Date**    **Unit Manager's Review Date**

Grievance Exhibit

RECEIPT - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 14, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FORREST CITY FCI

TO  : JEFFERY T HENSON, 23187-026
      FORREST CITY FCI     UNT: WYNNE U      QTR: W10-115L

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 1133657-F1
DATE RECEIVED   : SEPTEMBER 13, 2022
RESPONSE DUE    : OCTOBER 3, 2022
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       :

Grievance Exhibit

Attachment A

### DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.18, Administrative Remedy Program, January 6, 2014, requires, in most cases, that Inmates attempt informal resolution of grievances prior to filing a Formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate's Name: __Henson__                                Date: __10/06/2022__

Register Number: __23187-026__                   Unit: __W-C__

Specific Complaint (include date) and Requested Relief: __I arrived at Forrest City on 3/22/2022, upon my intake health screening, PA Stiles was informed by myself that I had a upper Stomach hernia. PA Stiles examined my stomach, pushed on it, and confirmed my claims. PA Stiles, then told me that Forrest City FCI-Low (FBOP), would not treat the hernia, and would only do so, if it became painful, and/or my organs started to get strangulated. I never imagined that being in a prison, under control of the United States of America, I would be denied medical treatment, but this is everyday life at Forrest City FCI-Low.__

END

Efforts Made By Inmate to Informally Resolve Grievance (be specific): __Verbally Made claims to P.A. Stiles, subsequently denied, now filing a BP 8.__

END

Counselor's Comments: _____

_____

_____

_____

_____          _____
Correctional Counselor's Review Date          Unit Manager's Review Date

23187-026
Jeffery T Henson Sr.
PO BOX #9000
#23187-C26
Forrest CITY, AR 72336
United States



FOREVER / USA   FOREVER / USA   FOREVER / USA   FOREVER / USA   FOREVER / USA

U.S. Federal Courthouse
Eastern District of Arkansas
Richard Sheppard Arnold US Courthouse
600 W. Capitol Ave
Little Rock, AR 72201-3325
Attention: Federal Clerk

* Bivens Claim