IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JEFFERY T. HENSON,**    **PLAINTIFF**
Reg. # 23187-026

v.     Case No. 2:22-CV-00195-LPR

**TOMAR, et al.**     **DEFENDANTS**

## ORDER

The Court has reviewed (Doc. 5) the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Jerome T. Kearney and the objections thereto. After a careful review of Mr. Henson's objections and a *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. All of Plaintiff's official-capacity claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2. Plaintiff's individual-capacity claims against Defendants Yates and Peters are also DISMISSED without prejudice for failure to state a claim on which relief may be granted.

3. Defendants Yates and Peters are DISMISSED as parties to this action.

DATED this 12th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE