IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JEFFERY T. HENSON,                                                                                           PLAINTIFF
Reg. # 23187-026

v.                                          2:22CV00195-LPR-JTK

TOMAR, et al.                                                                                                DEFENDANTS

**ORDER**

Having reviewed Jeffery T. Henson's ("Plaintiff") Complaint (Doc. No. 2) for screening purposes,[1] the Court concluded service of Plaintiff's claims against Defendants Tomar and Jackson is appropriate. (Doc. Nos. 5, 6). Defendants have not yet been served. Accordingly, the Court will attempt service once more.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Tomar and Jackson. The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on Defendants Tomar and Jackson without prepayment of fees and costs or security therefore. Service should be attempted through the Federal Correctional Institution – Forrest City Low, Post Office Box 9000, Forrest City, Arkansas 72336.

Dated this 13th day of January, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).