IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| JEFFERY T. HENSON,<br>Reg. # 23187-026 | PLAINTIFF |
| v.   Case No. 2:22-cv-00195-LPR | |
| TOMAR, et al. | DEFENDANTS |

### ORDER

The Court has reviewed the two pending Proposed Findings and Recommended Dispositions (PFRDs) submitted by United States Magistrate Judge Jerome T. Kearney (Docs. 12 & 22). No objections have been filed to them, and the time to do so has expired. After a careful and *de novo* review of both PFRDs and also the record, the Court concludes that the PFRDs should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's two pending Motions for Preliminary Relief (Docs. 11 & 19) are DENIED. Additionally, because Plaintiff has now filed essentially the same motion three times, Plaintiff is ordered not to file this same motion again. If Plaintiff violates this Order, the Court will consider monetary sanctions or dismissal of his case.

IT IS SO ORDERED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE