# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JEFFERY T. HENSON**  **PLAINTIFF**
Reg #23187-026

v.  No: 2:22-cv-00195-LPR

**MAHARAJ TOMAR, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 8th day of November 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE