IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JEFFERY T. HENSON**  **PLAINTIFF**
Reg #23187-026

v.    No. 2:22-cv-00195-LPR

**MAHARAJ TOMAR, et al.**  **DEFENDANTS**

### ORDER

Plaintiff Jeffery Henson's Motion for Leave to Appeal *in forma pauperis*[1] is DENIED pursuant to the 28 U.S.C. § 1915(a)(3) certification in the Order of Dismissal and the Judgment.[2] If Mr. Henson wishes to proceed with his appeal, within thirty (30) days of the entry of this Order, he must either: (a) pay, to this Court, the full $605.00 appellate filing fee; or (b) file, with the Eighth Circuit Court of Appeals, a motion to proceed on appeal *in forma pauperis* that complies with Fed. R. App. P. 24(a)(5). Thereafter, all further filings in this appeal should be made to the Court of Appeals.

IT IS SO ORDERED this 20th day of December 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 93.

[2] Order (Doc. 87) and Judgment (Doc. 88).